**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-6560**

─────────────

RICHIE LEO WILLIAMS,

        Petitioner - Appellant,

    v.

HAROLD W. CLARKE, Director, VA Dept of Corr,

        Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:22-cv-01057-CMH-JFA)

─────────────

Submitted:  September 28, 2023                Decided:  October 3, 2023

─────────────

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

─────────────

Dismissed in part and affirmed in part by unpublished per curiam opinion.

─────────────

Richie Leo Williams, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richie Leo Williams appeals the district court's orders dismissing, after a review pursuant to 28 U.S.C. § 1915A, Williams' hybrid complaint seeking relief under 42 U.S.C. § 1983 and 28 U.S.C. § 2254, and denying Williams' motion for a certificate of appealability. We dismiss in part and affirm in part.

To the extent Williams' complaint sought relief under § 2254, the district court dismissed the complaint as a successive and unauthorized § 2254 petition. Williams may not challenge the district court's denial of habeas relief unless a circuit judge or justice issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). We have independently reviewed the record and conclude that Williams has not made the requisite showing. We therefore deny a certificate of appealability as to Williams' habeas claims and dismiss this appeal in part.

To the extent Williams challenges the district court's dismissal of his § 1983 claims, we have reviewed the record and find no reversible error. We therefore affirm in part. *Williams v. Clarke*, No. 1:22-cv-01057-CMH-JFA (E.D. Va. filed Apr. 26, 2023 & entered Apr. 27, 2023; filed May 25, 2023 & entered May 26, 2023). We dispense with oral

2

argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED IN PART,*
*AFFIRMED IN PART*